779 S.E.2d 247

Peter WEIDLEIN

v.

Mimi C. WEIDLEIN.

Record No. 2145–14–4.

Court of Appeals of Virginia.

Dec. 8, 2015.

Before HUFF, C.J, HUMPHREYS, PETTY, BEALES, ALSTON, McCULLOUGH, CHAFIN, DECKER, O'BRIEN, RUSSELL and AtLEE, JJ.

Upon consideration of the joint motion of the parties filed herein on November 30, 2015, the Court suspends the briefing schedule, vacates the decision of the panel rendered herein on the 6th day of October, 2015, dismisses the appeal, and remands the case to the trial court for such proceedings as may be required to carry out the terms of the settlement.

This order shall be published and certified to the trial court.